| | |
|---|---|
| 1 | MELISSA W. WOO, Bar No. 192056 |
| 2 | JENNIFER M. HALEY, Bar No. 253382 |
|   | BEST BEST & KRIEGER LLP |
|   | 655 West Broadway, 15th Floor |
| 3 | San Diego, California 92101 |
|   | Telephone: (619) 525-1300 |
| 4 | Telecopier: (619) 233-6118 |
| 5 | Attorneys for Plaintiff |
|   | SAN DIEGO COUNTY OFFICE OF EDUCATION |

FILED
08 NOV 12 PM 2:58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO COUNTY OFFICE OF EDUCATION,

    Plaintiff,

v.

INFINITE CAMPUS, INC.,

    Defendant.

Case No.
Judge: **'08 CV 2086 WQH AJB**

COMPLAINT FOR:
(1) BREACH OF CONTRACT; AND
(2) BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

(DEMAND FOR JURY TRIAL)

SDLIT\JHALEY\372870.1

COMPLAINT

Plaintiff San Diego County Office of Education alleges:

## PARTIES

1. Plaintiff, San Diego County Office of Education ("County"), is now, and at all times mentioned in this Complaint was, a cooperative local education agency organized and existing under the laws of the State of California, and located in San Diego, California.

2. Defendant, Infinite Campus, Inc. ("Infinite Campus"), is now, and at all times mentioned herein was, a Minnesota Corporation with its principal place of business located in Arden Hills, Minnesota.

## JURISDICTION

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. 1332 because complete diversity exists between the Parties. Infinite Campus' principal place of business and place of incorporation are the state of Minnesota, while the County is a citizen of the State of California. In addition, the amount in controversy exceeds $75,000.00.

## VENUE

4. Venue in this case is based on a venue selection clause in the Service Partner Agreement (the "Agreement) entered into between the Parties that is the subject matter of this action. Moreover, venue is proper pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions which give rise to the claims occurred in San Diego County. Therefore, venue is proper in Federal District Court for the Southern District of California.

## GENERAL ALLEGATIONS

5. In or about March 1, 2006, the County issued a Request for Proposal ("RFP") to solicit proposals from qualified software firms to provide the County and its customer Districts with a comprehensive, fully integrated, operational multi-county, Student Information System ("SIS") that would meet the information needs over the next ten years.

6. The County provides centralized SIS services to 26 Districts in San Diego County, 12 Districts in Imperial County, 2 Districts in Orange County, 22 Charter Schools, and its own Juvenile Court and Community Schools.

7. The RFP required that: "The SIS must provide functionality to support classroom,

SDLIT\JHALEY\372870.1

1  school, community, administration and District student records administrative functions
2  appropriate for small to large, complex, K-12 school Districts. The application system is required
3  to be an existing, integrated software system that incorporates the operational functions described
4  in this RFP."

5        8.    In or about November 2006, County entered into a written agreement with Infinite
6  Campus to provide computer software services as described in the RFP ("the Agreement"). In
7  addition to its agreement to provide computer software services, Infinite Campus agreed to
8  provide technical support to the County and to its end users designated by the County.

9        9.    Pursuant to the Agreement, Infinite Campus agreed to create a software program
10 which would meet the County's information needs over the next ten years. The RFP specifically
11 states that: "The SIS must provide functionality to support classroom, school, community,
12 administration and District student records administrative functions appropriate for small to large,
13 complex, K-12 school Districts. The application system is required to be an existing, integrated
14 software system that incorporates the operational functions described in this RFP."

15      10.    As part of the Agreement, Infinite Campus also agreed to provide mandated State
16 Reporting to the end users by January 15, 2007. These items included, but are not limited to: (1)
17 Attendance Calculations and Reporting; (2) Class Size Reduction; (3) State Submissions; (4)
18 Grade Reporting and Transcripts; (5) Health Data/Reporting; (6) District to District Student
19 Records Transfers; and (7) Discipline System. Infinite Campus, however, was unable to comport
20 with its agreement.

21      11.    Between February, 2007 and June, 2007, the County had problems with the
22 implementation of the State Reporting Requirements and repeatedly informed Infinite Campus of
23 the same.

24      12.    The County as well as the end users received repeated assurances from Infinite
25 Campus that the systems would be fixed and operational immediately. As of July, 2007, many of
26 the items were not operational. These items included (1) Attendance Calculations and Reporting;
27 (2) Class Size Reduction; (3) State Submissions; (4) Grade Reporting and Transcripts; (5) Health
28 Data/Reporting; (6) District to District Student Records Transfers; and (7) Discipline System.

13. As late as November, 2007, Infinite Campus and the County continued discussions relating to the services to be provided by Infinite Campus and Infinite Campus' inability to comport with the State Reporting Requirements.

14. Infinite Campus continued to assure the County that it would work to resolve the problems. Based on these representations, the County was lulled into waiting for a workable software system to support its needs.

15. Infinite Campus, however, was never able to create the system required by the RFP which was incorporated by the Agreement.

16. In response to the repeated requests by the County, on or about February 14, 2008, Infinite Campus sent notice of termination of the Agreement under Section 10.d. The termination date provided in Infinite Campus' notice of termination of the Agreement was April 15, 2008.

17. As a result of Infinite Campus' failure to create the system required by the RFP, the County was left without alternative but to resume to a prior method to comply with State Reporting Requirements at great expense to the County.

18. As a result of Infinite Campus' failure to create the system required by the RFP, the County has been forced to expend attorney's fees and costs.

## FIRST CLAIM FOR BREACH OF CONTRACT

19. The County incorporates by reference each and every allegation contained in Paragraphs 1 through 18 as though fully set forth herein.

20. Infinite Campus breached the Agreement by failing to create the system required by the RFP which was incorporated by the Agreement.

21. The County performed all conditions, covenants, and promises required on his part to be performed in accordance with the terms and conditions of the Agreements, except for those covenants and conditions the County was prevented or excused from performing.

22. As a direct and proximate result of Infinite Campus' breach, the County has suffered damages in excess of the jurisdiction of this Court, and is entitled to payment for said damages with interest.

## SECOND CLAIM FOR BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

23. The County incorporates by reference each and every allegation contained in Paragraphs 1 through 22 as though fully set forth herein.

24. In the Agreement, there was an implied covenant of good faith and fair dealing which precluded Infinite Campus from doing anything which would injure the right of the County to receive the benefits of the Agreement and required Infinite Campus to do everything that the Agreement presupposed it would do.

25. After the County compensated Infinite Campus to provide software services under the Agreement, Infinite Campus refused to respond to multiple requests by the County to meet deadlines for implementation of the software and, in response to the repeated requests by the County, Infinite Campus noticed termination of the Agreement.

26. Infinite Campus' conduct constituted a conscious and deliberate act that unfairly frustrated the agreed common purposes of the Agreement and disappointed the County's reasonable expectations of Infinite Campus. Infinite Campus acted in bad faith to frustrate the benefits the County was to receive under the Agreement. Said unfair dealing is in breach of the implied covenant of good faith and fair dealing.

27. The County performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the Agreement, except for those covenants and conditions the County was prevented or excused from performing.

28. As a direct and proximate result of the breach, the County has suffered damages in excess of the jurisdiction of this Court, and is entitled to payment for said damages with interest.

## PRAYER FOR RELIEF

WHEREFORE, THE COUNTY demands judgment against Infinite Campus follows:

**As to the First Cause of Action for Damages for Breach of Contract:**

1. For compensatory damages in an amount according to proof with interest thereon;

2. For incidental and consequential damages in an amount according to proof;

3. For costs of suit incurred herein and attorneys' fees; and

SDLIT\JHALEY\372870.1 - 4 -

COMPLAINT

4. For such other and further relief the Court may deem proper.

**As to the Second Cause of Action for Damages for Breach of Implied Covenant of Good Faith and Fair Dealing:**

1. For compensatory damages in an amount according to proof with interest thereon;

2. For incidental and consequential damages in an amount according to proof;

3. For costs of suit incurred herein and attorneys' fees; and

4. For such other and further relief the Court may deem proper.

Dated: November 12, 2008

BEST BEST & KRIEGER LLP

By: _____
MELISSA W. WOO
JENNIFER M. HALEY
Attorneys for Plaintiff
SAN DIEGO COUNTY OFFICE OF EDUCATION

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as provided in Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: November 12, 2008

BEST BEST & KRIEGER LLP

By: _____
MELISSA W. WOO
JENNIFER M. HALEY
Attorneys for Plaintiff
SAN DIEGO COUNTY OFFICE OF EDUCATION

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SAN DIEGO COUNTY OFFICE OF EDUCATION

## DEFENDANTS
INFINITE CAMPUS, INC.

FILED
08 NOV 12 PM 2:58

(b) County of Residence of First Listed Plaintiff: San Diego, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Ramsey County, Minnesota
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
MELISSA W. WOO (192056), JENNIFER M. HALEY (253382)
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300

Attorneys (If Known)

**'08 CV 2086 WQH AJB**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [X] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability |  / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty |  |  | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property |  / [ ] 550 Civil Rights | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 446 Amer. w/Disabilities - Other / [ ] 555 Prison Condition | [ ] 463 Habeas Corpus - Alien Detainee |  |  |
|  | [ ] 440 Other Civil Rights | [ ] 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332

Brief description of cause:
Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND: IN EXCESS OF $75,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: November 12, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jennifer Haley

**FOR OFFICE USE ONLY**
RECEIPT # 156491   AMOUNT $350   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

American LegalNet, Inc.
www.FormsWorkflow.com

```
            UNITED STATES
            DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

          # 156991      - TC

         November 12, 2008
              15:02:48


           Civ Fil Non-Pris
    USAO #.: 08-2086
    Judge..: WILLIAM Q HAYES
    Amount.:                $350.00 CK
    Check#.: 73696



         Total-> $350.00


    FROM: SDCOE VS. INFINITE CAMPUS
```